**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**A.R.R., *et al.*,**

**Plaintiffs,**

**v.**

**MARCO A. RUBIO,**
*Secretary of State*, ***et al.*,**

**Defendants.**

**Case No. 26-cv-01921 (APM)**

**ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 23, the court grants Plaintiffs' Motion for Preliminary Injunction, ECF No. 14, treating it as one for summary judgment. The court orders Defendants, consistent with the Memorandum Opinion, to re-adjudicate the Follow-to-Join Plaintiffs' I-730 applications and produce boarding foils without consideration of the Proclamations within 45 days. The court will retain jurisdiction over this matter to ensure timely compliance. The parties shall file a Joint Status Report by December 17, 2026, which updates the court on compliance with its order.

This is a final, appealable order.

Dated: November 2, 2026

Amit P. Mehta
United States District Judge